UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TYRONE FELDER,                          :
                        Petitioner,     :          **ORDER**
v.                                      :
                                        :          22 CV 9926 (VB)
UNITED STATES OF AMERICA,               :          S3 14 CR 604-2 (VB)
                        Respondent.     :
-------------------------------------------------------x

      In its letter dated January 20, 2023, in opposition to the pending Section 2255 motion, the government makes reference to portions of the trial transcript on August 27, 2018.  This transcript is not on the ECF docket and therefore not available to the Court.  Accordingly, by January 30, 2023, the government shall provide a copy of the August 27, 2018, transcript to both the Court and to petitioner.

      Chambers will mail a copy of this Order to petitioner at the address on the docket in 22 CV 9926.

Dated: January 23, 2023
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/23

Copies Mailed/Faxed                    1-23-23
Chambers of Vincent L. Briccetti

1